**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-3032-WJM-CBS

AMERICAN GENERAL LIFE INSURANCE COMPANY

      Plaintiff,

v.

DIETER M. CROWLEY

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed January 9, 2014 (ECF No. 10).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 9th day of January, 2014.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge